# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2014

### NO. 03-13-00105-CV

**Combined Law Enforcement Associations of Texas and John Burpo, Appellants**

**v.**

**Mike Sheffield, Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
AFFIRMED IN PART; REVERSED AND DISMISSED IN PART; REMANDED IN
PART -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on January 31, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the portion of the trial court's order denying the motion to dismiss with respect to claims based on comments made among CLEAT members and will dismiss those claims pursuant to the TCPA. We affirm the order denying the motion to dismiss Sheffield's claim based on comments made to the district attorney and other unnamed persons. We remand the case for further proceedings consistent with this opinion, including consideration by the trial court of an award of costs and fees relating to the motion to dismiss. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.